# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Phillip A. McNally as Trustee of the Plaintiff Taft-Hartley Trust Funds; et al., | Case No: 13-cv-0001-TUC-JR |
| Plaintiffs, | **ORDER** |
| vs. | |
| Oracle Control Systems Incorporated, an Arizona corporation; Servitec Inc., an Arizona corporation, | |
| Defendants. | |

Pursuant to the stipulation of the parties (Doc. 30),

IT IS ORDERED that this matter is **dismissed without prejudice**. Each party shall bear its own attorneys' fees and costs.

Dated this 15th day of December, 2015.

*Jacqueline M. Rateau*
Jacqueline M. Rateau
United States Magistrate Judge